UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLOM ASA,

      Petitioner,

- against -

PICTOMETRY INTERNATIONAL CORP.,

      Respondent.

For provisional relief in aid of arbitration pursuant to Federal Arbitration Act, 9 U.S.C. § 206

Civil Action No.: 10-CV-06607 (DGL)

**ATTORNEY'S AFFIRMATION OF SERVICE**

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF NEW YORK  )

SEAN C. SHEELY, being duly sworn, deposes and says that I am not a party to the action, am over 18 years of age and reside in New York State. That on November 2, 2010, I Electronically served the: **DECLARATION OF SEAN C. SHEELY IN OPPOSITION TO PICTOMETRY'S MOTION TO FILE LICENSE AGREEMENT UNDER SEAL** upon the Attorney of Record via the Court's ECF System, which sent notification of such filing to the following:

Jerauld E. Brydges, Esq.
Harter, Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
Tel: (585) 232-6500
jbrydges@hselaw.com

Attorneys for Respondent Pictometry International Corp.

                          s/_____
                           Sean C. Sheely