UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BLOM ASA

                                 Plaintiff,

                                                                                    <u>DECISION AND ORDER</u>

                                                                                        10-CV-6607L

                                 v.

PICTOMETRY INTERNATIONAL CORP.,

                                 Defendant.
_____

       The parties to this action are currently litigating their dispute before the International Chamber of Commerce ("ICC"), pursuant to orders of this Court entered on December 2, 2010 (Dkt. #24) and March 31, 2011 (Dkt. #26).

       In light of those orders and the pendency of this action before the ICC, plaintiff's previously-filed motion for an expedited hearing in this case (Dkt. #4) and defendant's motion to seal a document that was publicly filed by plaintiff (Dkt. #11) are both denied as moot.

       IT IS SO ORDERED.

                                                             _____
                                                                    DAVID G. LARIMER
                                                                  United States District Judge

Dated: Rochester, New York
          June 22, 2011.