UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BLOM, ASA

                      Petitioner,

                                              <u>DECISION AND ORDER</u>

                                              10-CV-6607L

                      v.

PICTOMETRY INTERNATIONAL CORP.,

                      Respondent.

_____

By motion (Dkt. #48) filed July 25, 2011, respondent, Pictometry International Corporation, requests that this Court modify its Decision and Order, dated July 19, 2011, (Dkt. #42), so as to preserve the confidentiality of the Amended and Restated Technology License Agreement ("TLA") between the parties and prohibit petitioner Bloom ASA from publicly filing the TLA. Counsel for Pictometry represents, in his filing, that counsel for Bloom does not oppose the motion.

Therefore, Pictometry International Corporation's motion (Dkt. #48) is granted, and it is hereby

ORDERED that the above referenced Technology License Agreement is deemed confidential and sealed and Bloom International is prohibited from publicly filing that document.

IT IS SO ORDERED.

                                    _____
                                      DAVID G. LARIMER
                                    United States District Judge

Dated: Rochester, New York
       August 19, 2011.